# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00067-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES KEVIN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for "Written Case Evaluation." [Doc. 38].

By the present motion, the Defendants asks the Court to "evaluate [his] sentence" and to determine if he qualifies for a sentence reduction. [Doc. 38 at 1]. In support of his request, the Defendant references the names (although not the citations) of a number of cases, as well as "any other law or case that should benefit" him. [Id.].

In order to seek any relief in the form of a sentence modification or reduction, the Defendant must cite a legal basis for the relief sought. No defendant is entitled to have his case reviewed *sua sponte* by the Court in order to determine whether there is some statutory provision or case law that

may provide him relief. Accordingly, the Defendant's request for a "written case evaluation" is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for "Written Case Evaluation" [Doc. 38] is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 6, 2023

Martin Reidinger
Chief United States District Judge

2

Case 1:19-cr-00067-MR-WCM   Document 39   Filed 12/06/23   Page 2 of 2